**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-7125
_____

JAQUN ORLANDO COPELAND,

Plaintiff - Appellant,

v.

JONATHAN GRAY ADAMS, New Hanover County Sheriff's Department,

Defendant - Appellee,

and

ED MCMAN, New Hanover County Sheriff,

Defendant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Richard E. Myers, II, Chief District Judge.  (5:20-ct-03297-M)

_____

Submitted:  February 21, 2023                    Decided:  February 24, 2023

_____

Before NIEMEYER and DIAZ, Circuit Judges, and MOTZ, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Jaqun Orlando Copeland, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jaqun Orlando Copeland appeals the district court's order denying Copeland's motion to appoint counsel and dismissing his 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Copeland v. Adams*, No. 5:20-ct-03297-M (E.D.N.C. Sept. 21, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*